UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ALBERT BLANCHARD,

                    Plaintiff,

      - against -

TABULATE, INC.,

                    Defendant.
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: Jan. 23, 2020

**ORDER**
18 Civ. 8631 (ER)

RAMOS, D.J.:

      On May 31, 2019, the parties filed a notice of settlement with the Court. Doc. 54. On June 4, 2019, the Court approved the joint stipulation to stay the action pending a written settlement agreement. Doc. 55. The parties are directed to submit a status report on their written settlement agreement by February 13, 2020 or face dismissal of the case as the parties have advised the Court that they reached a settlement in principle.

      It is SO ORDERED.

Dated:    January 23, 2020
            New York, New York

                                                                   _____
                                                                   Edgardo Ramos, U.S.D.J.